Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ 85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SONG,<br><br>Defendant. | **CASE NO.: 2:12-CV-02132-PHX-GMS**<br><br>**NOTICE OF SERVICE** |

On November 13, 2012, our office served the Court's Order of October 10, 2012 (ECF No. 7) on Defendant John Song via First-Class Mail. (*See* Declaration of Paul Duffy, attached hereto.) Plaintiff files this notice to comply with the Court's Order. (ECF No. 7 at 2).

Dated this 14th day of November, 2012

                                    Law Offices of Steven James Goodhue

                                    By: /s/ Steven James Goodhue
                                    Steven James Goodhue (#029288)
                                    9375 East Shea Blvd., Suite 100
                                    Scottsdale, AZ 85260
                                    *Attorney for Plaintiff*

1 | *AF Holdings, L.L.C.*
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |