IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings, LLC, a St. Kitts and Nevis limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>John Song,<br><br>        Defendant. | No. CV-12-02132-PHX-GMS<br><br>**ORDER** |

After review of the file, the Court notes that the Complaint in this matter was filed on October 9, 2012 and has not been properly served on the Defendant within the time required by Rule 4(m), Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that this matter will be **dismissed 7 days** from the date of this Order if Plaintiff fails to show good cause before that date its failure to serve the Summons and Complaint.

**IT IS FURTHER ORDERED** directing the Clerk of Court to **terminate** this matter **7 days** from the date of this Order if Plaintiff fails to respond to this Order within the time stated, and without further notice.

Dated this 3rd day of April, 2013.

_A. Murray Snow_
G. Murray Snow
United States District Judge