1

Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue

2

9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260

3

Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

4

5

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

6

7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE DISTRICT OF ARIZONA**

9

10

AF HOLDINGS, L.L.C., a St. Kitts and Nevis
limited liability company,

**CASE NO.: 2:12-CV-02132-PHX-GMS**

11

Plaintiff,

12

v.

**NOTICE OF VOLUNTARY
DISMISSAL OF ACTION WITHOUT
PREJUDICE PURSUANT TO F.R.C.P.
41(a)(1)(A)(i)**

13

JOHN SONG,

14

Defendant.

15

16

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

17

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure

18

41(a)(1)(A)(i), Plaintiff voluntary dismisses the above captioned action in its entirety without

19

prejudice.

20

1.      Plaintiff AF Holdings LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1),

21

hereby dismisses without prejudice all causes of action n in the complaint against Defendant John

22

Song.  Plaintiff was unable to serve Defendant after multiple attempts.

23

24

1

2.      Pursuant to F.R.C.P 41(a)(1)(A)(i), a plaintiff may dismiss an action without a Court Order by "filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;"

3.      Defendant John Song has not been served in this action, and has not filed either an answer to Plaintiff's Complaint, or a motion for summary judgment.

4.      Dismissal of this action without prejudice without a Court Order pursuant to F.R.C.P 41(a)(1)(A)(i) is appropriate.

Dated this 4th day of March, 2013

Law Offices of Steven James Goodhue

By:  /s/ Steven James Goodhue
        Steven James Goodhue (#029288)
        9375 East Shea Blvd., Suite 100
        Scottsdale, AZ  85260
        *Attorney for Plaintiff*
        *AF Holdings, L.L.C.*

I hereby certify that on April 4, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.

/s/ Steven James Goodhue

2